# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Derrick Antonio Maye | ) Case No: 5:06-CR-260-1BR |
| | ) USM No: 50532-056 |
| Date of Previous Judgment: June 4, 2007 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney: Thomas P. McNamara |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the _____defendant_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED    and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 24 months **is reduced to** 18 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 15     Amended Offense Level: 13

Criminal History Category: III     Criminal History Category: III

Previous Guideline Range: 24 to 30 months     Amended Guideline Range: 18 to 24 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

The sentence in Count 2 remains 60 months consecutive.

Except as provided above, all provisions of the judgment dated June 4, 2007 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 1/13/2009

*(signature)* Judge's signature

Effective Date: _____
(if different from order date)

W. Earl Britt, Senior U.S. District Judge
Printed name and title