# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

United States of America
v.
DERRICK ANTONIO MAYE

)
)
)
)
)
)

Case No:   5:06-CR-260-1BR

USM No:   50532-056

Date of Original Judgment:   01/13/2009

Date of Previous Amended Judgment:

*(Use Date of Last Amended Judgment if Any)*

Thomas P. McNamara

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  18  months **is reduced to**  15 months

The sentence in Count 2 remains 60 months consecutive.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 13, 2009 shall remain in effect. **IT IS SO ORDERED.**

Order Date:   12/9/2011

Effective Date:

*(if different from order date)*

W. Earl Britt, Senior U.S. District Judge

*Printed name and title*